IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DANIEL C. SCHIEBER, SR. and<br>ANGELA SCHIEBER, h/w | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| BLACK AND DECKER (US) INC.<br>d/b/a DeWALT INDUSTRIAL TOOL CO.<br>and THE BLACK AND DECKER CORP. | :<br>:<br>: | NO. 05-5003 |

**FILED**

SEP 11 2008

MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

### JURY VERDICT FORM

#1   Did you find that Black and Decker was negligent?

_____ YES   \_\_\_\_✓\_\_\_\_ NO

*If you have answered "Yes", continue to Question 2. If you have answered "No", you do not need to answer any more questions. The foreperson should sign the verdict sheet and inform the deputy clerk you have finished deliberations.*

#2   Was Black and Decker's negligence a factual cause of any harm to Mr. Schieber, the plaintiff?

_____ YES   _____ NO

*If you have answered "Yes", continue to Question 3. If you have answered "No", you do not need to answer any more questions. The foreperson should sign the verdict sheet and inform the deputy clerk you have finished deliberations.*

#3   Was Mr. Schieber contributorily negligent?

_____ YES   _____ NO

*If you answered Question 3 "No", proceed to Question 6. If you answered Question 3 "Yes", continue to Question 4.*

#4      Was Mr. Schieber's contributory negligence a factual cause of any harm to him?

    _____ YES          _____ NO

*If you answered Question 4 "No", proceed to Question 6. If you answered Question 4 "Yes", continue to Question 5.*

#5      If you answered Questions 3 and 4 "Yes" then taking the combined negligence that was a factual cause of any harm to Mr. Schieber as 100 percent, what percentage of that causal negligence was attributable to Black and Decker and what percentage was attributable to Mr. Schieber?

Percentage of causal negligence attributable to Black and Decker:

    _____%

Percentage of causal negligence attributable to Mr. Schieber:

    _____%

Total: 100%

*If you have found Mr. Schieber's causal negligence to be greater than 50%, then the plaintiff cannot recover. You do not need to answer any more questions. The foreperson should sign the verdict sheet and inform the deputy clerk you have finished deliberations. If you have found Mr. Schieber's causal negligence to be 50% or less, then continue to Question 6.*

#6      If you answered "Yes" to Questions 1 and 2, insert the amount of compensatory damages you are awarding to Mr. Schieber, if any, without regard to and without reduction by the percentage of causal negligence, if any, you have attributed to Mr. Schieber in Question 5.

    $_____ for Daniel Schieber

*Proceed to Question 7.*

#7      If you answered "Yes" to Questions 1 and 2, insert the amount of compensatory damages you are awarding to Mrs. Schieber, if any, without regard to and without reduction by the percentage of causal negligence, if any, you have attributed to Mr. Schieber in Question 5.


         $_____ for Angela Schieber


*The foreperson should sign the verdict sheet and inform the deputy clerk you have finished deliberations.*


Signed:  _____
         Jury Foreperson

Date:    _____9/11/08_____

3